IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                  Case No. 3:19cr359

      Plaintiff

  -v-                                            ORDER

James W. Campbell,

      Defendant

This matter is before me on the parties' joint motion and stipulation to toll time, following a suppression decision and then transfer of the case to me as newly-assigned judge. Having reviewed the motion and proposed stipulation, I make these findings:

1. Pursuant to the parties' joint motion, I find the Speedy Trial time is tolled from November 21, 2020, the date of the previously-assigned judge's suppression decision, through February 10, 2021, the date of the next telephone conference.

2. I further find the delay caused by the time period from November 21, 2020 through February 10, 2021 is excludable under the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(A). Further, I find pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by this delay outweigh the best interests of the defendant and the public in a speedy trial.

3. This matter is also before the Court during the global COVID-19 pandemic, which has resulted in a previous closure of all Ohio school, bars, and restaurants by the Governor of Ohio, restrictions on travel in and out of the U.S., physical isolation and social distancing recommended by the Centers for Disease Control, and what is now almost 12 months of a series of General Orders

from the Northern District of Ohio Chief Judge vacating all jury trials. These events have resulted in extraordinary measures being taken, both in the private and public sector, to mitigate the spread of the virus, including but not limited to court closures across Ohio and the rest of the country. More specifically, this Court by General order has canceled all scheduled jury trials and court through April 5, 2021, and video and telephone conferencing in lieu of in-person court appearances in an effort to limit exposure. Moreover, there is no certainty as to when several of these measures will end. For all of these reasons, this Court finds that the ends of justice served by the excludable delay from November 21, 2020 through February 10, 2021, outweigh the best interests of the defendant and the public in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Accordingly, the time period from November 21, 2020 through February 10, 2021 shall be deemed excludable delay under provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h), § 3161(h)(1)(D) and § 3161(h)(7)(A), as I find that the ends of justice served by this delay outweigh the best interests of the defendant and the public in a speedy trial.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge